# Exhibit B



USPS CERTIFIED MAIL

9214 8902 3589 0900 0030 4894 72

PATTI ZABALETA LAW GROUP
110 SE 6TH STREET SUITE 1732
FORT LAUDERDALE, FL 33301

First Class Mail
U.S. Postage
**PAID**
Permit 634
San Francisco, CA

TRANSUNION CONSUMER RELATIONS
PO BOX 2000
CHESTER, PA 19016-2000

January 29, 2025

**TransUnion Consumer Relations**
**PO Box 2000**
**Chester, PA 19016-2000**

Re:  Name:          Erik Dissinger
     Social Security No.:  ███████
     Date of Birth:   ███████
     Mailing Address:  ████████████████████

To Whom It May Concern:

I am writing to dispute accounts listed on my credit report that I believe are inaccurate and incomplete. These accounts have been causing damage to my credit score and financial reputation, and I demand that an investigation be conducted to rectify this issue.

I am requesting that an investigation into the following accounts be conducted and that any inaccurate or incomplete information be corrected or removed from my credit report. Further, I also request that you provide me with a copy of the investigation results, along with a corrected version of my credit report.

The specific account(s) the subject of this dispute are as follows: AR resources account opened on 09-16-2020 is inaccurate. I did not open an account with AR resources or anyone else on 09-16-2020. AR resources accounts opened on 12-09-2020 are inaccurate. I did not open any accounts with AR resources or anyone else on 12-09-2020. The LVNV Funding LLC account opened on 02-14-2019 is inaccurate. I did not open an account with LVNV Funding LLC or anyone else on 02-14-2019. Midland Credit Management Inc opened on 04-29-2019 is inaccurate. I did not open an account with Midland Credit Management or anyone else on 04-29-2019. The Portfolio Recovery Account opened on 11-21-2019 is inaccurate. I did not open an account with Portfolio Recovery Account or anyone else on 11-21-2019.

In order to verify my identity, and to otherwise prove that this dispute is coming from me, I have included with this letter a copy of my driver's license and a recent bill with my current mailing address. This dispute is being typed, rather than handwritten, to ensure you can read it easily. Further, I am also signing this dispute electronically for additional verification of its authenticity.

**PLEASE DO NOT REJECT MY DISPUTE BECAUSE OF WHAT IS ON THE OUTSIDE OF THE ENVELOPE CONTAINING THIS DISPUTE. This dispute is being mailed to you through an online mailing company to ensure proper delivery and tracking of my dispute. Thus, the return address on the envelope will be different than my actual return address. I am <u>NOT</u> working with a credit repair company.**

Please mail a copy of my updated credit report to the mailing address listed above as soon as possible.

I look forward to your prompt response.

Sincerely,

*[signature]*

Erik Dissinger

232 LB005880L00002320203030000000000